IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JENNIFER BATUG, Plaintiff, | : : : | CIVIL ACTION |
| v. | : : | NO. 17-3154 |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, Defendant. | : : : | |

FILED
MAY -1 2019
KATE BARKMAN, Clerk
By_____Dep. Clerk

## ORDER

AND NOW, this 30th day of April, 2019, upon careful consideration of the Report and Recommendation filed by United States Magistrate Judge Lynne A. Sitarski, and upon independent review of the briefs filed by the parties, it is hereby ORDERED that:

1. the Report and Recommendation is APPROVED and ADOPTED;

2. Plaintiff's Request for Review and Amended Brief (ECF Nos. 9 and 11) are GRANTED; and

3. this matter is REMANDED to the Commissioner for further proceedings consistent with the Report and Recommendation.

BY THE COURT:

C. DARNELL JONES, II, J.